**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HOLGER FIALLO,<br><br>              Plaintiff,<br><br>  v.<br><br>USGB LLC DBA UNITED STATES GOLD BUREAU,<br><br>              Defendant. | Civil Action No. 1:25-cv-07928 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.      Whereas Plaintiff Holger Fiallo filed the above-referenced case against Defendant USGB LLC dba United States Gold Bureau, on July 14, 2025.

2.      Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.      Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: October 1, 2025            Respectfully Submitted,

                                  */s/ Benjamin Sweet*
                                  Benjamin J. Sweet
                                  ben@nshmlaw.com
                                  **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                  101 Pennsylvania Boulevard, Suite 2
                                  Pittsburgh, PA 15228

                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 1st day of October, 2025.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
